# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Chakula Johnson, ) | |
| ) | |
| Plaintiff, ) | Civil Action File No.: |
| ) | 116-cv-00572-WCO-LTW |
| v. ) | |
| ) | |
| Diversified Consultants, Inc., ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Chakula Johnson, ("Plaintiff") and Diversified Consultants, Inc., ("Defendant") hereby jointly stipulate and agree that Plaintiff hereby dismisses, with prejudice, her claims asserted against Defendant Diversified Consultants, Inc. in the above-styled action, with the parties to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 15th day of August, 2016.

<table>
<tr><td>

*/s/Wendi E. Fassbender, Esq.*
Wendi E. Fassbender, Esq.
Ga. Bar No. 179133
Sessions, Fishman, Nathan & Israel
14 Coopers Glen Drive, SW.
Mableton, Georgia 30126
(678) 209-7492
wfassbender@sessions.legal
**Counsel for Defendant Diversified Consultants, Inc.**

</td><td>

*/s/ Paul J. Sieg*
Paul J. Sieg
Ga. Bar No.: 334182
Berry & Associates
2751 Buford Highway
Suite 600
Atlanta, GA 30324
(404) 235-3334
psieg@mattberry.com
**Counsel for Plaintiff**

</td></tr>
</table>

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2016, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case.

>                        */s/ Paul J. Sieg*
>                        Paul J. Sieg
>                        Ga. Bar No.: 334182

## CERTIFICATION

The undersigned further certifies that this document has been prepared in accordance with the formatting requirements designated in Local Rule 5.1.

This 15th day of August, 2016.

*/s/ Paul J. Sieg*
Paul J. Sieg
Ga. Bar No.: 334182
